Timothy J. Eckstein, 018321
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012-2793
Telephone:  (602) 640-9316
Facsimile:  (602) 664-2069
E-mail:   teckstein@omlaw.com

Attorneys for Defendant Experian
Information Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason R. Hope, | Case No. _____ |
|---|---|
| Plaintiff, | **(Removed from Superior Court of the State of Arizona, County of Maricopa, Case No. CV2009-055307)** |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | **NOTICE OF REMOVAL OF ACTION** |
| | **Complaint Filed: December 15, 2009** |

Pursuant to 28 U.S.C. § 1441, Defendant Experian Information Solutions, Inc., erroneously sued as ("Experian") hereby files their Notice of Removal of the above-captioned action to this Court, and state as follows:

1. Experian is the named defendant in Civil Action No. CV2009-055307, filed in the Superior Court for the State of Arizona, County of Maricopa (the "State Court Action").

2. The original Complaint in the State Court Action was filed with the Clerk of the Maricopa County Superior Court on December 15, 2009.  Plaintiff served the Summons and Complaint on Experian on December 15, 2009.  A true and correct copy of the Summons and Complaint served upon Experian, along with all other pleadings that have been filed or served in the State Court Action, are attached hereto as Exhibit "A."

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. To the best of Defendant's knowledge, no further proceedings, process, pleadings, orders, or other papers have been filed or served in the State Court Action.

5. Experian regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. Experian avers that there is a sufficient basis for removal on grounds of federal question in that Plaintiff has filed a civil action founded on a claim or right arising under the laws of the United States:

    a. In Paragraph seven, eight, and nine of Plaintiff's Complaint, he alleges that Experian violated the Fair Credit Reporting Act.

    b. The Fair Credit Reporting Act provides that "any action brought under this chapter may be brought in any appropriate United States District Court without regard to the amount in controversy." 15 U.S.C. § 1681p.

7. <u>Jurisdiction:</u> This Court has original jurisdiction over Plaintiff's claims under the Fair Credit Reporting Act pursuant to 28 U.S.C. § 1331, and this civil action is one that may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action founded on a claim or right arising under the laws of the United States, namely the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

1     WHEREFORE, Defendant Experian prays that the above-described action now pending in the Superior Court of the State of Arizona for the County of Maricopa, be removed therefrom to this Court.

Dated this 6th day of January, 2010

OSBORN MALEDON, P.A.

By:  s/ Timothy J. Eckstein
    Timothy J. Eckstein
    2929 North Central Avenue
    Suite 2100
    Phoenix, Arizona 85012-2793

Counsel for Defendant Experian Information Solutions, Inc.

I hereby certify that on January 6, 2010, I served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Jason R. Hope
15333 North Pima Rd #270
Scottsdale, Arizona 85260
Plaintiff, Pro Per


 s/ Dawn M. Dybdahl
2904467_1.DOC