# EXHIBIT A

<tr>
<td>

<tr>
<td>

<tr>
<td>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>
<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

<tr>

1251

1. JASON R. HOPE
2. Pro Per
   15333 N Pima Rd #370
3. Scottsdale, AZ 85260
   602-999-0082
4.
5. IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6. IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JASON R. HOPE, an individual, | No. CV- **CV2009-055307** |
| Plaintiff, | |
| and | **SUMMONS** |
| EXPERIAN INFORMATION SOLUTIONS, INC, | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at |
| Defendant. | 602-257-4434 or www.lawyerfinders.org. |
| | Sponsored by the County Bar Association |

THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT:

EXPERIAN INFORMATION SOLUTIONS, INC.

**GREETINGS:**

YOU ARE HEREBY SUMMONED AND required to appear and defend in this action in this Court. If served in Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint, exclusive of the day of service. IF served out of Arizona, whether by direct service, by registered/certified mail or publication, you shall appear and defend within 30 days after service upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance, the insurer shall not be required to appear, answer or plead until expiration of 40 days after date of such service upon the Director. Service by registered/certified mail without the State of Arizona is complete 30 days after the filing of the receipt and affidavit of service with the Court. Service by publication is complete when 30 days has past after the date of first publication. Direct service is complete when made. Service upon the Arizona Vehicle Superintendent is complete 30 days after filing the affidavit of compliance and return receipt or officer's return. RCP 4; ARS Section 29-222, 28-502, 28-503

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default will be rendered against you.

In order to appear and defend you must file an answer or proper response in writing ith the

1  Clerk of the Court accompanies by the necessary filing fee within the time required, and you are
2  required to serve a copy of that Answer/response upon plaintiff's attorneys. RCP 10(d) ARS Section 12-311 RCP 5.
3
4  Signed and Sealed this date _____
5  By:_____     **COPY**
6  Judge or Justice of the Peace     DEC 15 2009
7  REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES
8  MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF A SCHEUDLED COURT PROCEEDING.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Case 2:10-cv-00025-MHM   Document 1-1   Filed 01/06/10   Page 4 of 9

JASON R. HOPE
Pro Per
15333 N Pima Rd #370
Scottsdale, AZ 85260
602-999-0082

COPY

DEC 15 2009

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JASON R. HOPE, an individual, | No. CV- **CV2009-055307** |
| Plaintiff, | |
| and | **COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., | (Violations of the FCRA and Arizona Laws, Defamation) |
| Defendant. | |

## JURISDICTION

Plaintiff, for his complaint against Defendant, hereby pleads and alleges as follows:

1. Plaintiff is an individual residing in Maricopa County, Arizona.

2. Defendant EXPERIAN INFORMATION SOLUTIONS, INC., is an corporation registered to do business and doing business in Maricopa County, Arizona.

3. All transactions, events, occurrences relevant hereto took place in Maricopa County and/or qualify under Arizona and/or Federal law as under the jurisdiction of the Maricopa County Superior Court.

## CLAIMS

1. Plaintiff filed a formal dispute regarding several items on his credit report with Defendant

in October, 2009. This dispute contained very specific disputed facts and information as well as some paperwork.

2. Defendant completely failed to investigate or acknowledge one dispute, item #*--9165

3. Defendant issued a statement to defendant that it would not investigate two of the items

4. Defendant marked one of the items as 'remains' and four of the items as 'updated' without further comment as the results of the investigation.

5. Defendant ignored a number of disputed inquiries.

6. Defendant failed to reasonably investigate any of the disputed items pursuant to its duty under 15 U.S.C. § 1681n

7. Defendant failed to investigate some of the items at all, violation of FCRA 611 Part (a)(1)

8. Defendant, after being provided proof of inaccuracies, failed to correct them, which creates liability for Defamation and willful injury under FCRA 623, CUSHMAN, v. TRANS UNION CORPORATION US Court of Appeals for the Third Circuit Court Case 115 F.3d 220 June 9, 1997, Filed (D.C. No. 95-cv-01743).

9. Defendant also re-aged some of the accounts, violating FCRA section 605c

10. Defendant has an extensive duty under ARS 44-1694 to meet a number of criteria and perform a number of actions when in receipt of a dispute, none of which the Defendant did, giving rise to liability under ARS 44-1695 and 1696

## RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

2

1. $250,000 in punitive and compensatory damages,

2. Correction of all accounts and inquiries disputed with Defendant,

3. Attorney fees and/or court costs,

4. Referrals to the Federal Trade Commission, US Attorney General, and Arizona State Attorney General for state and federal civil and criminal prosecution regarding the violations herein, **(NOTE: Violations of the Arizona Consumer Reporting Agencies and Fair Credit Reporting Article constitute criminal offenses)**

5. Such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 15TH day of December, 2009.

By_____
Jason Hope/Plaintiff

ORIGINAL of the foregoing filed this 15TH day of December, 2009, with:

Clerk of the Superior Court
Maricopa County

COPY of the served this 15TH day of December, 2009, to:

EXPERIAN INFORMATION SOLUTIONS, INC.
℅ CT CORPORATION SYSTEM
2394 E CAMELBACK RD
PHOENIX, AZ 85016

By_____

JASON R. HOPE
Pro Per
15333 N Pima Rd #370
Scottsdale, AZ 85260
602-999-0082

COPY

DEC 15 2009

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JASON R. HOPE, an individual,<br><br>Plaintiff,<br><br>and<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | No. CV- **CV2009-055307**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

Pursuant to Rule 3.10(b), Maricopa County Local Rules of Practice, the undersigned certifies that the largest sum sought by the complainant, including punitive damages, but excluding interest, attorney's fees, does exceed limits set by local for compulsory arbitration. This case is not subject to the Uniform Rules of Procedure for Arbitration

**RESPECTFULLY SUBMITTED** this 15th day of December, 2009.

By _____
Jason Hope/Plaintiff