1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8    Jason R. Hope,

9                          Plaintiff,                    No. CV 10-00025-PHX-MHM

10          v.                                                ORDER

11   Experian Information Solutions, Inc.,

12                          Defendant.

13

14

15          IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Experian

16   Information Solutions, Inc.,  are hereby dismissed with prejudice, with each party to bear its own

17   costs and attorneys' fees.

18          DATED this 29th day of October, 2010.

19

20   _____

21                              Mary H. Murgia
                              United States District Judge

22

23

24

25

26

27

28